UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 2:02-cr-00243-PMP-PAL |
| v. | ) |
| PEDRO MATA, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER TO VACATE JUDGMENT DEBTOR EXAMINATION**

This cause came before the Court on Plaintiff's Motion to Vacate, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiffs' Motion to Vacate Supplementary Proceedings (Judgment Debtor Examination) scheduled for the 2nd day of March at 2:00 p.m. be granted.

DATED this 2nd day of March, 2015.

United States Magistrate Judge

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger Wenthe*
ROGER WENTHE
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

1
2
3  UNITED STATES OF AMERICA,
4
5           Plaintiff,
   vs.
6  PEDRO MATA,
7
8           Defendant.
9                                          Case No.: 2:02-cr-00243-PMP-PAL
                                            Dept No:
10                                          Docket No:
11
12
13                          **AFFIDAVIT OF NON-SERVICE**
14
15  STATE OF NEVADA       )
                          ) ss.
16  COUNTY OF CLARK       )
17  Karie Castle, being first duly sworn, deposes and says; that affiant is and was on the dates when
18  service was attempted of the within: **MOTION FOR SUPPLEMENTARY PROCEEDINGS**
19  **(EXAMINATION OF JUDGEMENT DEBTOR), ORDER FOR SUPPLEMENTARY**
20  **PROCEEDINGS OF JUDGMENT DEBTOR EXAMINATION,**
21  a citizen of the United States, over 18 years of age, and not a party to, nor interested in the
22  within action; that affiant received the above named document(s) and attempted to personally
23  serve/have them served upon: **PEDRO MATA**
24  subject(s), during the period of January 22, 2015 through February 5, 2015 at his/her last known
25  address(es) of: 2201 N. Buffalo Dr. #1066
26  in the City of Las Vegas, County of Clark, State of Nevada, without success in locating said
27  subject(s). Affiant was not able to serve/have subject(s) served for the following
28  reasons:

- 1 -

1. 1-22-15 at 9:10 a.m. – The unit number was needed for the given address.
2. 1-29-15 at 7:51 a.m. – No answer.
3. 1-31-15 at 7:38 p.m. – No answer.
4. 2-2-15 at 9:02 p.m. – No answer.
5. 2-3-15 at 10:40 a.m. – No answer.
6. 2-4-15 at 9:30 p.m. – No answer.
7. 2-5-15 at 12:07 p.m. – Affiant was unable gain access because of a gate.

Power was on at this address. Affiant was unable to get information from neighbors. Messages left were not returned.

Affiant, on the basis of the previous information, was unable to locate /serve subject(s).

_____
Karie Castle #R002343
Attorney's Process
Nevada License #429
320 E. Warm Springs Rd., #4A-14
Las Vegas, NV 89119
(702) 547-9036

SUBSCRIBED AND SWORN TO BEFORE me this 13th day of February, 2015.

_____
NOTARY PUBLIC

SCOTT B. HETRICK
Notary Public State of Nevada
No. 94-1814-1
My Appt. Exp. Sept. 9, 2018